*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-11-00594-CV

**IN RE** Bradley Lane **CROFT,** Individually,
and as Trustee for **WILLAWALL INVESTMENT TRUST**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
Phylis J. Speedlin, Justice
Steven C. Hilbig, Justice

Delivered and Filed:  August 24, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On August 15, 2011, relator filed a petition for writ of mandamus and a motion for temporary relief.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-03809, *In the Matter of the Marriage of Cherie Jeffcoat and Bradley Lane Croft, and In the Interest of C.N.C., a child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.  However, one of the orders complained of was signed by the Honorable Cathy Stryker, presiding judge of the 224th Judicial District Court, Bexar County Texas.  Relator also complains of a hearing presided over by the Honorable Antonia Arteaga, presiding judge of the 57th Judicial District Court, Bexar County, Texas.